# UNITED STATES DISTRICT COURT

EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

**MICHAEL W. DOBBINS**
**CLERK**

**OFFICE OF THE CLERK**

2:08-mc-191

IFC CREDIT CORPORATION,

Case No.: ~~07-CV-4280~~

v.

LONG BEACH SURGICAL
INSTITUTE, A MEDICAL
CORPORATION AND DANIEL
SHIN, INDIVIDUALLY,

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

I, Michael W. Dobbins, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 11/26/2007, as it appears in the records of this court, and that,

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on June 4, 2008.

Michael W. Dobbins
Court Administrator

By: Jannette Nunez
Deputy Clerk

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

CERTIFIED COPY   (Rev. 7/98)

# United States District Court
### Northern District of Illinois
### Eastern Division

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is(are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

IN TESTIMONY WHEREOF: I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on   JUN 0 4 2008

MICHAEL W. DOBBINS, CLERK

By: _____

Deputy Clerk

Entered 12-3-07

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation | ) ) ) |
| Plaintiff, | ) Case No. 07-4280 |
| v. | ) ) Judge John A. Nordberg |
| LONG BEACH SURGICAL INSTITUTE, A MEDICAL CORPORATION AND DANIEL SHIN, INDIVIDUALLY | ) ) ) ) |
| Defendants. | ) |

### JUDGMENT ORDER

THIS MATTER coming before this Honorable Court, the Defendant, Long Beach Surgical Institute, a Medical Corporation, having been served with summons and Complaint, and upon the Motion of Plaintiff for a Judgment against Long Beach Surgical Institute, a Medical Corporation, for failure to file an appearance or answer to the Complaint, due notice having been given, and counsel for Plaintiff appearing in open court on behalf of Plaintiff,

IT IS HEREBY ORDERED:

Relying on the Verified Complaint, the Court finds for Plaintiff, IFC Credit Corporation and assesses damages and enters judgment in the amount of one hundred sixty-one thousand eight hundred twenty-two and nine cents ($161,822.09) [comprised of $155,234.46 principal, plus $5,507.63 interest from 1/31/07 through 10/17/07, plus attorney's fees of $1080.00], plus costs of $595 in favor of Plaintiff and against Long Beach Surgical Institute, A Medical Corporation, jointly and severally. The court finds pursuant to Federal Rule 54 that there is no just reason to delay enforcement or appeal or both of this order.

ENTER: 11/26/07

_____
JUDGE

Beth Anne Alcantar, Cook County Attorney No. 6226582
Attorney for Plaintiff
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700



# UNITED STATES DISTRICT COURT
## Exemplification Certificate

# 07 CV 4280

# United States District Court
# Northern District of Illinois

## EXEMPLIFICATION CERTIFICATE

I, Michael W. Dobbins, Clerk of the United States District Court, keeper of the records and seal, certify that the attached documents:

Judgement Order entered November 26, 2007 in favor of IFC Credit Corporation, an Illinois corporation and against Long Beach Surgical Institute, a medical corporation in the matter of IFC Credit Corporation, an Illinois corporation v. Long Beach Surgical Institute, a medical corporation, 07cv4280 ,

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District at Chicago, IL on 11/26/2007

_____Michael W. Dobbins_____         _____[signature]_____
*Clerk*                                                    *Signature*

I, Judge James F. Holderman, a Judicial Officer of this Court, certify that Michael W. Dobbins, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

On 11/26/2007                              _____[signature]_____
                                                         *Signature of Judicial Officer*

I, Michael W. Dobbins, Clerk of the United States District Court, keeper of the records and seal, certify that the Honorable James F. Holderman named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer. In testimony whereof I sign my name, and affix the seal of this Court at Chicago in this State on 11/26/2007.

_____Michael W. Dobbins_____         _____[signature]_____
*Clerk*                                                    *Signature*

Entered 12-3-07

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation | ) ) ) |
| Plaintiff, | ) Case No. 07-4280 |
| v. | ) ) Judge John A. Nordberg |
| LONG BEACH SURGICAL INSTITUTE, A MEDICAL CORPORATION AND DANIEL SHIN, INDIVIDUALLY | ) ) ) ) |
| Defendants. | ) |

### JUDGMENT ORDER

THIS MATTER coming before this Honorable Court, the Defendant, Long Beach Surgical Institute, a Medical Corporation, having been served with summons and Complaint, and upon the Motion of Plaintiff for a Judgment against Long Beach Surgical Institute, a Medical Corporation, for failure to file an appearance or answer to the Complaint, due notice having been given, and counsel for Plaintiff appearing in open court on behalf of Plaintiff,

IT IS HEREBY ORDERED:

Relying on the Verified Complaint, the Court finds for Plaintiff, IFC Credit Corporation and assesses damages and enters judgment in the amount of one hundred sixty-one thousand eight hundred twenty-two and nine cents ($161,822.09) [comprised of $155,234.46 principal, plus $5,507.63 interest from 1/31/07 through 10/17/07, plus attorney's fees of $1080.00], plus costs of $595 in favor of Plaintiff and against Long Beach Surgical Institute, A Medical Corporation, jointly and severally. The court finds pursuant to Federal Rule 54 that there is no just reason to delay enforcement or appeal or both of this order.

ENTER: 11/26/07

_/s/ John A. Nordberg_
JUDGE

Beth Anne Alcantar, Cook County Attorney No. 6226582
Attorney for Plaintiff
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700

```
6/27/2008 2:59:11 PM Receipt #: 108914
          Cashier : LLUNG [LA 1-1]
Paid by: HEMAR, ROUSSO AND HEALD LLP
2:MC08-00191
2008-086900        Indexing Misc. paper(1)
                                    $26.00
Amount :
2:MC08-00191
2008-510000        Judicial Services ($19)(1)
                                    $19.00
Amount :                             39.00
Check Payment : 1324 /
Total Payment :                      39.00
```